IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| INTEGRITY CARPET CLEANING, INC. | : | |
|---|---|---|
| d/b/a LEATHER PRO, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-4127 |
| | : | |
| THE BULLEN COMPANIES, | : | |
| Defendant | : | |

# O R D E R

**STENGEL, J.**

**AND NOW**, this   5th   day of January, 2011, upon careful consideration of the motion for summary judgment filed by the defendant (Document No. 31) and the plaintiff's response thereto (Document No. 33), IT IS HEREBY ORDERED that, in accordance with the attached memorandum, the motion is **GRANTED** as to Count III of plaintiff's complaint and **DENIED** as to all other Counts of plaintiff's complaint.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.